# United States Court of Appeals

## For the Eighth Circuit

_____

No. 24-3224

_____

Fort Worth Partners, LLC

*Plaintiff - Appellee*

v.

Nilfisk, Inc.; Nilfisk Holding A/S, a Danish Corporation

*Defendants - Appellants*

_____

No. 24-3281

_____

Fort Worth Partners, LLC

*Plaintiff - Appellant*

v.

Nilfisk, Inc.; Nilfisk Holding A/S, a Danish Corporation

*Defendants - Appellees*

_____

Appeals from United States District Court
for the Western District of Arkansas - Fayetteville

_____

Submitted: November 6, 2025
Filed: December 31, 2025
[Unpublished]
_____

Before LOKEN, KELLY, and ERICKSON, Circuit Judges.
_____

PER CURIAM.

Following our decision affirming in part, reversing in part, and remanding for further proceedings the issue of damages to the district court, see Fort Worth Partners, LLC v. Nilfisk, Inc., 155 F.4th 989 (8th Cir. 2025), Fort Worth Partners has moved for attorney's fees and expenses arising out of the appeal. While we may resolve requests for appellate attorney's fees ourselves, because "the panel has a better sense of the issues and the work accomplished in relationship to the briefs and record filed on appeal than the district court," Winter v. Cerro Gordo Cnty. Conservation Bd., 937 F.2d 399, 400 (8th Cir. 1991), we also recognize that "the district court is still significantly more experienced than we are when it comes to analyzing and awarding attorney fees as a general matter, even if it did not see this part of the litigation firsthand." Tussey v. ABB, Inc., 850 F.3d 951, 961 (8th Cir. 2017).

In our prior decision, we informed the parties that they may seek reconsideration of the attorney's fees award if the district court enters a revised damages award. In light of the outstanding issues, we exercise our discretion and remand Fort Worth Partners' request for appellate attorney's fees and expenses to the district court for consideration in conjunction with the appropriate award of attorney's fees for the district court proceedings. See 8th Cir. R. 47C(b) ("On the court's own motion . . . a motion for attorney fees may be remanded to the district court . . . for appropriate hearing and determination.").

_____